# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CION ADONIS PERALTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D.O. CAIRE, et al.,<br><br>　　　　　Defendants. | No. CV 05-3662-GHK (PLA)<br><br>**ORDER ADOPTING, IN PART, MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge, except as noted.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted as to all defendants except defendant Miranda.

2. Defendants' motion for summary judgment with respect to plaintiff's claims pursuant to the Eighth Amendment is denied as to all defendants except defendant Miranda.

3. Plaintiff did not submit evidence in his declaration in opposition to defendants' motion for summary judgment showing that a genuine issue of material fact exists

as to defendant Miranda, and the allegations in his Complaint are unverified. As such, defendants' motion for summary judgment is granted as to defendant Miranda.

4. Defendants' motion for summary judgment with respect to plaintiff's claims pursuant to the Fourteenth Amendment is granted as to all defendants.

5. The clerk shall serve this order on all counsel or parties of record.

DATED: 11/13/09

                                            HONORABLE GEORGE H. KING
                                            UNITED STATES DISTRICT JUDGE